**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JARRETT LEWIS TENORIO,

      Petitioner,

v.                                    CV No. 18-240 JB/CG

JIM GERLACH,

      Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* in connection with Petitioner's Amended 28 U.S.C. § 2241 Habeas Petition, (Doc. 5). The Court's research indicates Petitioner has been released from custody without providing a new address, as required by D.N.M. LR-Civ. 83.6. The Amended Petition reflects Petitioner is being held at the Grady County Law Enforcement Center (GCLEC) in Chickasha, Oklahoma. (Doc. 5 at 1). However, Petitioner does not appear on the GCLEC Jail Log, http://www.gclec.com: 81/45790001/jailwebip.html. Petitioner is also absent from the inmate-locator websites for the Oklahoma Department of Corrections, https://okoffender.doc.ok.gov/, and the New Mexico Department of Corrections, https://search.cd.nm.gov/.

The Court will require Petitioner to notify the Clerk of his new address or show cause why this action should not be dismissed without prejudice. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order,

Petitioner shall notify the Clerk in writing of his current address or show cause why this action should not be dismissed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE